**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>         **Plaintiff,**<br><br>    **v.**<br><br>**JOHN MICHAEL RATHBUN,**<br><br>         **Defendant.** | **No. 20-mj-03061-KAR** |

GOVERNMENT'S PRELIMINARY HEARING WITNESS AND EXHIBIT LISTS

The United States of America, by and through its counsel, Andrew E. Lelling, United States Attorney for the District of Massachusetts, Steven H. Breslow, Assistant United States Attorney, and Risa Berkower, Trial Attorney, Civil Rights Division, U.S. Department of Justice (the "Government"), respectfully submits the instant Witness List and Exhibit List regarding the Preliminary Hearing for the defendant John Michael Rathbun.

The Government expects to call one witness:  Special Agent Derek Boucher, Federal Bureau of Investigation.

The Government expects to offer the following exhibits:

| No. | Date | Description | Offered/Admitted |
|---|---|---|---|
| 1 | 04-15-20 | Criminal Complaint and Supporting Affidavit (D.1) | |
| 2 | 04-03-20 | Longmeadow Police Department Report, No. 20LON-288-OF (with photographs) | |
| 3 | 04-04-20 | Massachusetts State Police ("MSP") Criminalistics Report, No. 20-0766 | |
| 4 | 04-06-20 | MSP DNA Lab Test, No. 20-07766 | |
| 5 | 04-09-20 | MSP CODIS Hit Notification, No. 20-07766 | |

| No. | Date | Description | Offered/Admitted |
|---|---|---|---|
| 6 | 04-28-20 | MSP DNA Testing Report 2, No. 20-07766 | |
| 7 | 04-28-20 | Affidavit of Daniel Marshall, Scepter | |
| 8 | 04-09-20 | MA BOP for John Michael Rathbun | |
| 9 | 04-27-20 | Google Map: Jewish Geriatric Services, Inc. ("JGS") Campus | |
| 10 | 04-27-20 | Google Street view: Converse Street Entrance to JGS Campus | |

The Government reserves the right to supplement and/or modify these lists upon reasonable notice to the defense.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:  */s/ Steven H. Breslow*
STEVEN H. BRESLOW
(NY2915247)
Assistant U.S. Attorney
300 State Street, Suite 230
Springfield, MA 01105
413-785-0330
steve.breslow@usdoj.gov

*/s/ Risa Berkower*
RISA BERKOWER
(NY4536538)
Trial Attorney, Criminal Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20532
202-305-0150
Risa.berkower@usdoj.gov

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically

to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                By: */s/ Steven H. Breslow*
                   STEVEN H. BRESLOW
                   Assistant U.S. Attorney

Dated: April 28, 2020